UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-24-297-MJ |
| | § | |
| ISAC ALEJANDRO CALDERON | § | |

## GOVERNMENT'S EXHIBIT LIST

COMES NOW, the United States of America by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and says that it offers the following exhibits:

1. Extradition package from United Kingdom

2. Letter from United Kingdom prosecutor

3. Supplement to extradition package

          Respectfully submitted,
          ALAMDAR S. HAMDANI
          United States Attorney

By:   /s/ Jay Hileman
      Jay Hileman
      Assistant United States Attorney
      (713)567-9391