

**British Embassy Washington**

Embassy Note No:- 073/2024

**SUPPLEMENTAL INFORMATION TO THE REQUEST FOR THE EXTRADITION OF ISAC ALEJANDRO CALDERON FROM THE UNITED STATES OF AMERICA TO THE UNITED KINGDOM.**

His Britannic Majesty's Embassy presents its compliments to the Department of State and provides the following supplemental information in support of the extradition from the United States of America of Isac Alejandro CALDERON to the United Kingdom in reference to the diplomatic note 025/2024 dated 13 March 2024.

The supplementary deposition is to provide details of the police record of dashcam footage relevant to the case.

His Majesty's Embassy avails itself of this opportunity to express to the Department of State the renewed assurance of its highest consideration.

British Embassy, Washington DC

05 July 2024

R.

certify that all the documents authenticated here are under the Seal of the ry of State and are in support of the request for the surrender of Isac Alejandro RON.

**Dipen Das-Gupta**

Extradition Section

UK Central Authority

Home Office

3 July 2024

# RE: THE EXTRADITION

# OF

# ISAC ALEJANDRO CALDERON

# FROM

# THE UNITED STATES OF AMERICA

# RE: THE EXTRADITION

# OF

# ISAC ALEJANDRO CALDERON

# FROM

# THE UNITED STATES OF AMERICA

### SUUPPLEMENTARY EXTRADITION REQUEST

### INDEX TO STATEMENTS AND EXHIBITS

| Name | Page No. |
|---|---|
| SMITH, Dean (Statement of Facts) | 1 - 2 |
| Exhibit DTS/1 – Summary of Digital Data | 3 - 4 |
| Exhibit DTS/2 – Summary of Digital Data | 5-6 |

**DEAN SMITH states as follows:**

1. I am a Police Constable of West Mercia Police force attached to the Operations Patrol United currently based at Hereford Police station within the jurisdiction of England and Wales which is a constituent part of the United Kingdom of Great Britain and Northern Ireland.

2. I make this deposition in connection with the extradition request for Isac Alejandro Calderon (hereafter 'Calderon'). His date of birth is 2 July 2001. It is supplemental to the extradition request submitted on 29 February 2024.

3. On Thursday 13 June at approximately 11.25am I viewed DASHCAM footage in relation to an offence of causing serious injury by dangerous driving. The DASHCAM footage is produced as exhibit NH/1. I viewed the footage and produce a written summary of the contents as my exhibit DTS/1.

4. At approximately 12.15pm the same day I viewed further DASHCAM footage of the same incident exhibited as NH/2. I produce a written summary of the contents of that footage as my exhibit DTS/2.

5. I can confirm that it is not possible to deduce the speed of Calderon's vehicle immediately prior to or at the time of the collision from the DASHCAM footage. The only estimate of speed we have is that of the driver of the Mercedes van that was overtaken. That driver estimated his own speed to be that of the road's speed limit which was 50 miles per hour. In order for Calderon to overtake the van we can estimate that his speed must have been in excess of 50 miles per hour.

6. I further confirm that Calderon was screened for alcohol at the scene which was negative. There was no indication of drug use detected.

1

Signed: _____

**DEAN SMITH**

Dated: ____14/06/2024_____

2

OFFICIAL (when completed)

Rev 10/19 (C47)                                                                                                                Page 1 of 2

# Summary of digital data

| Exhibit no: | NH/1 | | | |
|---|---|---|---|---|
| Ref no: | 22/TP/12660/23 | | | |
| Accused: | CALDERON | | **Witnesses** | |
| Exhibit: | DTS/1 | | Signature: | D T Smith PC 3852 |
| Officer viewing (printed): | PC 3852 Dean SMITH | | Date: | 13/06/2024 |

| Time counter | Summary of evidence |
|---|---|
| 18:48:18 | Forward facing DASHCAM shows view of the A4103 in the direction of Hereford. Clear view of road surface and double white line markings clearly visible on the road surface with the white line nearest to the driver is solid. Rule 129 Highway Code states-*Double white lines where the line nearer to you is solid. This means you **MUST NOT** cross or straddle it unless it is safe and you need to enter adjoining premises or a side road. You may cross the line if necessary, provided the road is clear, to pass a stationary vehicle, or overtake a pedal cycle, horse or road maintenance vehicle, if they are travelling at 10 mph (16 km/h) or less.* (https://www.gov.uk/guidance/the-highway-code/general-rules-techniques-and-advice-for-all-drivers-and-riders-103-to-158 13062024) |
| 18:48:20 | DASHCAM continues to show view of A4103, road markings change to double white lines with the line nearest to the driver is broken. Rule 128 Highway Code states-*Double white lines where the line nearer to you is broken. This means you may cross the lines to overtake if it is safe, provided you can complete the manoeuvre before reaching a solid white line on your side. White direction arrows on the road indicate that you need to get back onto your side of the road.* (https://www.gov.uk/guidance/the-highway-code/general-rules-techniques-and-advice-for-all-drivers-and-riders-103-to-158 13062024) |
| 18:48:30 | DASHCAM continues to show view of A4103, the road marking change again to double white lines with the nearest line being solid. Vehicle continues along A4103 before negotiating a left hand bend in the carriageway. |
| 18:48:36 | DASHCAM view continues to show the A4103 where the road markings change to a single broken white line with the white line length being longer than the gap between them. Rule 127 Highway code states- *A broken white line. This marks the centre of the road. When this line lengthens and the gaps shorten, it means that there is a hazard ahead. Do not cross it unless you can see the road is clear and wish to overtake or turn off.* (https://www.gov.uk/guidance/the-highway-code/general-rules-techniques-and-advice-for-all-drivers-and-riders-103-to-158  13062024). |
| 18:48:43 | DASHCAM continues to show view of the A4103. The road marking change to double white lines with the line nearest to the driver being solid. Also painted on the road surface is the word SLOW, painted in white on a red background.  Also positioned within the nearside grass verge is and advanced warning triangle advising road users of a junction to the nearside. This sign also advises road users to reduce speed now. |
| 18:48:50 | DASHCAM continues to show view of the A4103 as vehicle passes nearside junction. Road markings change again to double white lines with lone nearest the driver being solid. |
| 18:48:53 | DASHCAM shows road markings change again to double white lines with line nearest the driver being broken. |
| 18:48:57 | DASHCAM shows a curved arrow on the opposing carriageway advising driver they must return to the correct side of the carriageway |


West Mercia POLICE

| | |
|---|---|
| 18:48:59 | DASHCAM shows a second curved arrow on the opposing carriageway continuing to advise drivers to return to the correct side of the carriageway. |
| 18:49:01 | DASHCAM shows the white line markings painted on the road surface change to a double white line with the line nearest the driver being solid. (Rule 129 Highway code applies- You **MUST NOT** cross). Also visible is SLOW painted on the road surface. Again, painted in white on a red background. Also visible on the nearside verge is an advanced warning triangle advising road users that the carriageway ahead bends to the right. The sign also advises road users to Reduce speed now. The right hand bend in the road is visible ahead. |
| 18:49:02 | DASHCAM shows a black Audi motor car appear to the offside, on the opposing carriageway in contravention of the double white line system in operation. This vehicle has overtaken the vehicle with the DASHCAM and is also travelling in the direction of Hereford. The Audi motorcar returns to the correct side of the carriageway, where upon the rear brake lights are illuminated on the vehicle. |
| 18:49:05 | DASHCAM show a silver Honda motor car, being driven by the defendant appear to the offside of the vehicle with the DASHCAM. The Honda motor car is on the incorrect side of the carriageway conducting an overtake in contravention of the double white line system painted on the carriageway surface. The double white line is clearly visible in the footage. |
| 18:49:07 | DASHCAM show the silver Honda motor vehicle continue along the A4103 on the incorrect side of the carriageway in continual contravention of the double white line system painted on the carriageway. The black Audi motor car can be seen taking the right hand bend on the correct side of the carriageway. A third car can be seen travelling around the same bend on it's correct side of the carriageway, travelling away from Hereford. |
| 18:49:08 | DASHCAM show the silver Honda motorcar swerving back across the white lines to avoid colliding with the first vehicle (SKODA) travelling on the opposing carriageway. A second vehicle can be seen travelling behind the SKODA. |
| 18:49:09 | DASCAM shows the silver Honda motor vehicle passing the second vehicle, and its nearside wheel make contact with the nearside grass verge, causing the Honda motor vehicle to slide and begin to rotate in a clockwise direction. |
| 18:49:10 | DASHCAM show the silver Honda motor vehicle continue to rotate in a clockwise direction. The silver Honda motor vehicle continues across it's carriageway and can be seen crossing the white line markings into the opposing lane into the path of a vehicle travelling in the opposite direction. |
| 18:49:10 | DASHCAM shows the silver Honda motor vehicle continue across the carriageway, completely entering the opposing lane into the path of the vehicle travelling in the opposite direction. The front of the Honda motor vehicle enters the grass verge of the opposing lane. The entire driver side of the vehicle can be seen on the DASHCAM footage. A cloud of dust and debris can then be seen as the silver Honda moto vehicle is struck by the vehicle travelling in the opposite direction. |
| 18:49:11 | The silver Honda motor vehicle goes out of sight of the DASHCAM view as it goes into the hedge bounding the grass verge. The vehicle that collided with the Silver Honda motor vehicle can now been seen. |
| 18:49:13 | The vehicle with the DASHCAM gets closer to the collision locus and the silver Honda motor vehicle can be seen stationary on its side position on the grass verge of the Worcester bound carriageway. The other vehicle, now identified as a black Mercedes motor vehicle ( IP) is seen stationary in it's correct carriageway with significant front end damage. |
| 18:49:16 | DASHCAM shows both vehicle in their respective post collision positions. The driver door of the black Mercedes motor vehicle can be seen starting to open. |
| 18:49:18 | DASHCAM concludes |

Press TAB key at end of last row to insert extra rows.

# Summary of digital data

| Exhibit no: | NH/2 | | | |
|---|---|---|---|---|
| Ref no: | 22/TP/12660/23 | | | |
| Accused: | CALDERON | | Witnesses | |
| Exhibit: | DTS/2 | | Signature: | D T Smith PC 3852 |
| Officer viewing (printed): | | PC 3852 Dean SMITH | Date: | 13062024 |

| Time counter | Summary of evidence |
|---|---|
| 18:48:18 | Rear facing DASHCAM shows the route the vehicle had taken along the A4103, travelling towards Hereford. DASHCAM shows a vehicle travelling behind, travelling in the same direction |
| 18:48:21 | DASHCAM shows a second vehicle appear behind, also travelling in the same direction. Distance between vehicle mounted DASHCAM and the other vehicle is to far to identify either vehicle. |
| 18:48:24 | DASHCAM shows vehicle entering a straight section of road, both vehicle travelling behind are travelling in close proximity to each other and close the distance between themselves and the vehicle mounted DASHCAM. |
| 18:48:52 | Both vehicle have continued to follow vehicle mounted DASHCAM, passing a junction to the nearside. Both vehicles, the first being a black Audi motor vehicle are still in close proximity to the vehicle mounted DASHCAM. |
| 18:48:52 | DASHCAM footage shows the black Audi motor vehicle commence and overtake on the vehicle with rear mounted DSAHCAM. The road marking are clearly visible and can be seen to be double white line markings with the line nearest to the driver being broken. Rule 128 Highway Code states-*Double white lines where the line nearer to you is broken. This means you may cross the lines to overtake if it is safe, provided you can complete the manoeuvre before reaching a solid white line on your side. White direction arrows on the road indicate that you need to get back onto your side of the road.*(https://www.gov.uk/guidance/the-highway-code/general-rules-techniques-and-advice-for-all-drivers-and-riders-103-to-158 ) |
| 18:49:00 | The black Audi motor vehicle goes out of field of view of the DASHCAM. The second vehicle, silver Honda motor vehicle, can be seen commencing an overtake on the vehicle mounted with DASHCAM. Again, the road markings and clearly visible and show the double white lines, with the line nearest the driver being broken. Also visible is a direction arrow, clearly painted white on the road surface. *White direction arrows on the road indicate that you need to get back onto your side of the road.* |
| 18:49:02 | The DASHCAM shows the silver Honda motor vehicle, ignore the direction arrow. It clearly shows the change in line marking from double white lines with the line nearest the driver being broken to double white lines wit the line nearest the driver being solid. Rule 127 Highway code states- *Double white lines where the line nearer to you is solid. This means you **MUST NOT** cross or straddle it unless it is safe and you need to enter adjoining premises or a side road. You may cross the line if necessary, provided the road is clear, to pass a stationary vehicle, or overtake a pedal cycle, horse or road maintenance vehicle, if they are travelling at 10 mph (16 km/h) or less.* (https://www.gov.uk/guidance/the-highway-code/general-rules-techniques-and-advice-for-all-drivers-and-riders-103-to-158 ) |

West Mercia
**POLICE**

**OFFICIAL (when completed)**

Rev 10/19 (C47)    Page 2 of 2

| | |
|---|---|
| 18:49:04 | DASHCAM shows the silver Honda motor car disappear from the filed of view having travelled on the incorrect side of the carriageway in contravention of the double white line markings for a period of two seconds before going out of sight. |
| 18:49:09 | DASHCAM shows a SKODA motor vehicle and a red PEUGEOT motor vehicle travelling along the A4103 in the opposite direction. Both vehicle are travelling on the correct side of the carriageway. |
| 18:49:11 | DASHCAM shows vehicle it is mounted to slowing down. There are no other vehicle behind the vehicle, nor does it show any other vehicle travelling in the opposite direction. |
| 18:49:18 | DASHCAM concludes |

Press TAB key at end of last row to insert extra rows.