| | |
|---|---|
| **From:** | Manuel Calderon |
| **To:** | Amr Ahmed |
| **Subject:** | Fwd: CALDERÓN_ISAC_A |
| **Date:** | Wednesday, July 17, 2024 1:26:41 PM |

Thank you,

Manuel Calderón

---

**From:** Calderon, Isac A. <███████████████>
**Sent:** Wednesday, January 3, 2024 7:57:24 AM
**To:** darren.goodsall@westmercia.police.uk <darren.goodsall@westmercia.police.uk>
**Subject:** CALDERÓN_ISAC_A

Hello Inspector Godsall,

I hope you are having a good day so far. I was emailing to inquire as to any changes or updates so far in regards to my case.

I would also like to inform you that I got X-rays of my right humerus, and have received the results. Due to my arm not being properly set, it is not healing correctly. I am now in search of an orthopedic surgeon. If you or the court need copies of this, please inform me and I will email them to you.


Thank you for your time and consideration.

Regards,

Calderón, Isac A.