*Changes to legislation:* Legal Aid, Sentencing and Punishment of Offenders Act 2012, Section 143 is up to date with all changes known to be in force on or before 24 July 2024. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes



# Legal Aid, Sentencing and Punishment of Offenders Act 2012

## 2012 CHAPTER 10

### PART 3

### SENTENCING AND PUNISHMENT OF OFFENDERS

### CHAPTER 9

### OFFENCES

**143   Offence of causing serious injury by dangerous driving**

(1) The Road Traffic Act 1988 is amended as follows.

(2) After section 1 insert—

> "**1A Causing serious injury by dangerous driving**
>
> (1) A person who causes serious injury to another person by driving a mechanically propelled vehicle dangerously on a road or other public place is guilty of an offence.
>
> (2) In this section "serious injury" means—
>> (a)   in England and Wales, physical harm which amounts to grievous bodily harm for the purposes of the Offences against the Person Act 1861, and
>> (b)   in Scotland, severe physical injury."

(3) In section 2A (meaning of dangerous driving) in subsections (1) and (2) after "sections 1" insert " , 1A ".

Case 4:24-mj-00297   Document 14-2   Filed on 07/24/24 in TXSD   Page 2 of 4

2 *Legal Aid, Sentencing and Punishment of Offenders Act 2012 (c. 10)*
*Part 3 – Sentencing and Punishment of Offenders*
*CHAPTER 9 – Offences*
*Document Generated: 2024-07-24*

**Changes to legislation:** *Legal Aid, Sentencing and Punishment of Offenders Act 2012, Section 143 is up to date with all changes known to be in force on or before 24 July 2024. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

(4) Section 1A inserted by subsection (2) has effect only in relation to driving occurring after that subsection comes into force.

(5) In Part 1 of Schedule 2 to the Road Traffic Offenders Act 1988 (prosecution and punishment of offences under the Traffic Acts) in the appropriate place insert—

| "RTA section 1A | Causing serious injury by dangerous driving. | (a) Summarily. | (a) 12 months or the statutory maximum or both. | Obligatory. | Obligatory. | 3-11." |
|---|---|---|---|---|---|---|
| | | (b) On indictment. | (b) 5 years or a fine or both." | | | |

(6) In the entry inserted by subsection (5), in relation to an offence committed before [F1 2 May 2022][F2 "the general limit in a magistrates' court" is to be read as "6 months] (in England and Wales) or 12 months (in Scotland)".

(7) Schedule 27 (causing serious injury by dangerous driving: minor and consequential amendments) has effect.

---

**Textual Amendments**

**F1** Words in s. 143(6) substituted (28.4.2022) by The Criminal Justice Act 2003 (Commencement No. 33) and Sentencing Act 2020 (Commencement No. 2) Regulations 2022 (S.I. 2022/500), regs. 1(2), 5(1), **Sch. Pt. 1**

**F2** Words in s. 143(6) substituted (7.2.2023 at 12.00 p.m.) by The Judicial Review and Courts Act 2022 (Magistrates' Court Sentencing Powers) Regulations 2023 (S.I. 2023/149), regs. 1(2), **25(2)**

**Changes to legislation:**
Legal Aid, Sentencing and Punishment of Offenders Act 2012, Section 143 is up to date with all changes known to be in force on or before 24 July 2024. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

**Changes and effects yet to be applied to :**
- specified provision(s) amendment to earlier commencing S.I. 2016/286, art. 4(1) by S.I. 2017/225 art. 2

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
- Act applied (with modifications) by S.I. 2018/1125 reg. 8 (This amendment not applied to legislation.gov.uk. S.I. 2018/1125, reg. 8 omitted (31.12.2020) by virtue of Private International Law (Implementation of Agreements) Act 2020 (c. 24), s. 4(3), Sch. 5 para. 4(4))

Whole provisions yet to be inserted into this Act (including any effects on those provisions):
- s. 9(3)(4) inserted by 2022 c. 36 s. 25(2)
- s. 9A inserted by 2023 c. 32 s. 89(3)
- s. 9B inserted by 2023 c. 32 s. 90
- s. 10(3A)-(3E) inserted by 2022 c. 36 s. 67
- s. 128(3)(aza) inserted by 2024 c. 21 s. 60(2)(a)
- s. 128(3)(aaza) inserted by 2024 c. 21 s. 60(2)(b)
- s. 128(3A) inserted by 2024 c. 21 s. 60(3)
- s. 128(7) inserted by 2024 c. 21 s. 71
- Sch. 1 Pt. 1 para. 31ZA and cross-heading inserted by 2022 c. 36 s. 25(1)
- Sch. 1 Pt. 1 para. 31B and cross-heading inserted by 2022 c. 36 s. 57(2)
- Sch. 1 Pt. 1 para. 19(1A)(1B) and heading inserted by 2022 c. 36 s. 66(2)(a)
- Sch. 1 Pt. 1 para. 19(2A) inserted by 2022 c. 36 s. 66(2)(b)
- Sch. 1 Pt. 1 para. 19(8A) and heading inserted by 2022 c. 36 s. 66(2)(c)
- Sch. 1 Pt. 1 para. 25(1A) and heading inserted by 2022 c. 36 s. 66(3)(a)
- Sch. 1 Pt. 1 para. 26(1A) and heading inserted by 2022 c. 36 s. 66(3)(a)
- Sch. 1 Pt. 1 para. 27(1A) and heading inserted by 2022 c. 36 s. 66(3)(a)
- Sch. 1 Pt. 1 para. 27A(1A) and heading inserted by 2022 c. 36 s. 66(3)(a)
- Sch. 1 Pt. 1 para. 25(3)(4) and heading inserted by 2022 c. 36 s. 66(3)(b)
- Sch. 1 Pt. 1 para. 26(3)(4) and heading inserted by 2022 c. 36 s. 66(3)(b)
- Sch. 1 Pt. 1 para. 27(3)(4) and heading inserted by 2022 c. 36 s. 66(3)(b)
- Sch. 1 Pt. 1 para. 27A(3)(4) and heading inserted by 2022 c. 36 s. 66(3)(b)
- Sch. 1 Pt. 1 para. 30(1A) and heading inserted by 2022 c. 36 s. 66(4)(a)
- Sch. 1 Pt. 1 para. 30(2A) inserted by 2022 c. 36 s. 66(4)(b)
- Sch. 1 Pt. 1 para. 30(3A) and heading inserted by 2022 c. 36 s. 66(4)(c)
- Sch. 1 Pt. 1 para. 31A(2A) and heading inserted by 2022 c. 36 s. 66(5)(a)
- Sch. 1 Pt. 1 para. 31A(3A)(3B) and heading inserted by 2022 c. 36 s. 66(5)(b)
- Sch. 1 Pt. 1 para. 19(6A) inserted by 2023 c. 37 s. 56(2)(a)
- Sch. 1 Pt. 1 para. 31C inserted by 2023 c. 37 s. 56(3)
- Sch. 1 Pt. 1 para. 27A(1) inserted by S.I. 2017/617 reg. 3(4) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- Sch. 1 Pt. 1 para. 11(1A) inserted by S.I. 2023/150 art. 4(3)(a)
- Sch. 1 Pt. 1 para. 11(3A) inserted by S.I. 2023/150 art. 4(3)(b)
- Sch. 1 Pt. 1 para. 2(1)(b) omitted by 2018 anaw 2 Sch. 1 para. 21(2)(a)(ii)
- Sch. 1 Pt. 1 para. 45(2) omitted by 2023 c. 32 s. 91(2)
- Sch. 1 Pt. 1 para. 45(3) substituted by 2023 c. 32 s. 91(3)

- – Sch. 1 Pt. 1 para. 26(1) substituted by S.I. 2017/617 reg. 3(2)(b) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 1 para. 27(1) substituted by S.I. 2017/617 reg. 3(3)(b) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 1 para. 19(10) words inserted by 2023 c. 37 s. 56(2)(b)
- – Sch. 1 Pt. 1 para. 31(1)(a) words inserted by S.I. 2023/147 art. 2(2)(a)
- – Sch. 1 Pt. 1 para. 31(1)(a) words inserted by S.I. 2023/147 art. 2(2)(b)
- – Sch. 1 Pt. 1 para. 31(1)(a) words omitted by 2016 c. 19 Sch. 11 para. 2(l)
- – Sch. 1 Pt. 1 para. 45(4) words omitted by 2023 c. 32 s. 91(4)
- – Sch. 1 Pt. 1 para. 26 heading words substituted by S.I. 2017/617 reg. 3(2)(a) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 1 para. 27 heading words substituted by S.I. 2017/617 reg. 3(3)(a) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 3 para. 16A inserted by 2023 c. 37 s. 56(4)
- – Sch. 1 Pt. 3 para. 11(b) and word inserted by S.I. 2017/617 reg. 3(6)(b) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 3 para. 8(b) omitted by S.I. 2017/617 reg. 3(5) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 3 para. 11(a) and word omitted by S.I. 2017/617 reg. 3(6)(a) (This amendment comes into force on the commencement of paragraph 1 of Schedule 10 to the Immigration Act 2016 (c. 19))
- – Sch. 1 Pt. 4 para. 8 inserted by 2022 c. 36 s. 66(6)