IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                      Cr. No. 4:24-mj-297

IN THE MATTER OF THE EXTRADITION
OF ISAC ALEJANDRO CALDERON

## SUPPLEMENTAL DEFENSE EXHIBITS

Mr. Isac Alejandro Calderon submits the following two exhibits to be considered in connection with his motion for bond in this matter.

1. Letter from Manuel Calderon, Isac's father

2. X-ray image of Isac's broken arm

                                       Respectfully submitted,

                                       MARJORIE A. MEYERS
                                       Federal Public Defender
                                       Southern District of Texas No. 3233
                                       Texas State Bar No. 14003750

                                       By /s/ Amr A. Ahmed
                                       AMR A. AHMED
                                       Assistant Federal Public Defender
                                       Southern District of Texas No. 3088803
                                       Virginia State Bar No. 81787
                                       440 Louisiana, Suite 1350
                                       Houston, TX 77002-1056
                                       Telephone:   713.718.4600
                                       Fax:             713.718.4610

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2024, a copy of the foregoing exhibits were served by Notification of Electronic Filing and was delivered by email to Assistant United States Attorney Jay Hileman.

By /s/ Amr A. Ahmed
AMR A. AHMED