July 26, 2024

To the Honorable Judge Peter Bray:

 My name is Manuel Calderon. I am the father of Isac Calderon.

 Isac was released from the hospital with a broken humorous and a concussion that was causing double vision and dizziness when standing up. For all intents and purposes, Isac was bed ridden for approximately a month after the accident due to his injuries not being attended to. These injuries made it difficult for him to steady himself when walking to and from the bathroom or any other activity which required him to stand.

 Either before or immediately after the accident the company (Torden LLC) which Isac was working for stopped paying for his hotel. This meant Isac paying the hotel from his savings while at the same time not having funds coming in, Isac obtained an apartment shortly after.

 Even though Isac was still dealing with a concussion and a broken humorous, he returned to work. Shortly after returning to work, Torden released him from his contract. Isac reached out to the court to inform them of his employment status, as well as his depleting funds. The court explained to him that his financial problem was not their concern and offered no advice on how he could insure remaining in the country in order to be present for the hearing.

 It is my understanding that Isac acquired another job in with the area where he was living even though it did not pay him enough to pay the bills or eat much less save which only meant him spending more of his savings. In November Isac reached out to me asking for $300.00 in order to pay his rent, I asked him how much the rent was and how much he had left in his savings. Giving him the funds he had asked for would not have been sufficient for him to pay the rent, much less survive until the hearing.

 My wife and I did not and do not have the funds to help him financially, so I asked him if he at least had enough for a plane ticket home. He explained that Torden promised him a plane ticket home whenever he was ready. Not seeing any other options, the court knowing of his dilemma and not offering any advice or suggestions, I told him to reach out to Torden and inform them he would need them to purchase his plane ticket home.

 Isac was given medical insurance through the government Care Program but seeking treatment by doctors within our area or reasonably close by was difficult. Once he was able to be seen by an orthopedic surgeon for his arm, he was told the extent of healing was passed being able to correct but would still need therapy. His concussion is still an ongoing issue he will have to deal with.

 After Isac being home a few weeks, two young ladies came to our door asking for him. I assumed they were friends of his from the UK. I invited them in at which point they properly introduced themselves to my wife, daughter and me (reporters from Sky News) and then they ask if we were aware of the accident that he was in. We explained to them what we knew about the accident and his reason for returning and how he was able to.

A week or so later we had a visit from two FBI agents asking for Isac, they told us they were not here to take him into custody but find out what his plans were concerning the hearing in the UK. I explained to the agents that Isac did not want to leave the UK, the reason behind him leaving the UK and the reason he was able to, was due to his previous employer. I ask the agents if the UK was willing to pay for Isac's plane ticket back to the UK, as well as a ticket back to the US after he serves whatever time indicated by the court, the agents had no response. I gave the agents Isac's cell number which they used to contact him later. Isac told me that the agents contacted him and told him the same thing that they told me.

The agents later gave Isac their point of contact in the UK, Inspector Godsall, which Isac reached to by phone, leaving him a message as well as by email which I am included in. Inspector Godsall never returned Isac's call nor did he respond to his email. In the email as well as in the message he left by phone, Isac inquired about any updates or changes to the case and explains his ongoing search for medical insurance for treatment to his injuries and offers to send any medical records him or the court may need. Again, there was no response to either form of communication.

My wife and I are currently renting a two-bedroom one bath home in Humble, TX. We have lived here approximately four and half years. Previously we lived for seven years in a town home 4 blocks away. For the last 6 years I have worked with Harris County Precinct 4 transportation, driving buses for their senior day trips program, but I am currently one of the administrative assistants. My wife has not worked since before covid.

Manuel Calderon