IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Cr. No. 4:24-mj-297

IN THE MATTER OF THE EXTRADITION
OF ISAC ALEJANDRO CALDERON

## DEFENSE EXHIBIT 4

